Affirmed and Opinion filed July 17, 2003









Affirmed and Opinion filed July 17, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01041-CR

____________

 

DENNIS RAY MOORE, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 184th District Court

Harris County, Texas

Trial Court Cause No. 
884,436

 



 

M E M O R A N D U M  O P I N I O N

Appellant was found guilty of possession with intent to
deliver a controlled substance, namely methamphetamine, and sentenced to twenty-five
years= confinement in the Texas Department
of Criminal Justice - Institutional Division and a
assessed $3000.00 fine.  Appellant filed
a timely notice of appeal.








Appellant's appointed counsel filed a brief in which he
concludes that the appeal is wholly frivolous and without merit.  The brief meets the requirements of Anders
v. California, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967), presenting a professional evaluation of the record
demonstrating why there are no arguable grounds to be advanced.  See High v. State, 573
S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant.  Appellant was advised of the right to examine
the appellate record and appellant filed a pro se response on July 8, 2003. 

We agree the appeal is wholly frivolous and without
merit.  Further, we find no reversible
error in the record. A discussion of the response would add nothing to the
jurisprudence of the State.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed July 17, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.

Do Not Publish.